Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
DONIGER / BURROUGHS APC
300 Corporate Pointe., Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538
Internet: scott@donigerlawfirm.com
Attorneys for Plaintiff

JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC.,<br><br>Plaintiff,<br>vs.<br><br>FABRITEX, INC.; et al.,<br><br>Defendants. | Case No.:  CV 08-6234 JFW (JHx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

ORDER:

Upon review of the parties' stipulation, and for good cause appearing, the following is hereby ORDERED:

1. This action is to be dismissed without prejudice, with this dismissal subject to the provisions of the settlement agreement which has been entered into by the parties and which precipitates this dismissal;

2. Upon completion of the payment and other terms set forth in the settlement agreement referenced hereinabove, Plaintiff is to file a revised with prejudice dismissal of this action;

3. Each party is to bear its own costs and fees as incurred against one another.

IT IS SO ORDERED.

Dated: November 16, 2009

_____
HONORABLE JOHN F. WALTER

1 –ORDER ON STIPULATION FOR DISMISSAL